ORIGINAL

FILED
U.S. DISTRICT COURT

2010 DEC -9 P 3: 13

CLERK: [signature]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANTHONY EUREE CURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 309-068 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration in accordance with the Court's opinion. In addition, Plaintiff shall have 30 days from the date of the Social Security closeout letter to file for fees under 42 U.S.C. § 406(b), as requested by Plaintiff's counsel.

SO ORDERED this ___ day of December, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE